**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 3:14-00074** |
| ) | **JUDGE SHARP** |
| **FRANCISCO LANDAVERDE-AGUILAR** ) | |
| ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 18).

The motion is GRANTED and the hearing scheduled for October 27, 2014, is hereby rescheduled for Monday, November 17, 2014, at 10:30 a.m.

It is so ORDERED.

*/s/ Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE